ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

SEP 1 0 2014   12:41 pm

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JULIEANN MCNAMEE,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | Civil Action No. 4:13-cv-741-A |
| | § | |
| **CELLULAR SALES OF TEXAS, LLC,** | § | |
| *Defendant.* | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Julieann McNamee

voluntarily dismisses, with prejudice, all her claims against Defendant Cellular Sales of Texas,

LLC. Each party shall bear its own costs and fees.

By: _Mark Whitburn_
Mark Whitburn
Texas Bar No. 24042144
Sean Pevsner
Texas Bar No. 24079130
WHITBURN & PEVSNER, PLLC
2000 E. Lamar Blvd., Suite 600
Arlington, Texas 76006
Telephone: (817) 592-3488
Facsimile: (512) 519-2098
mwhitburn@whitburnpevsner.com

ATTORNEYS FOR PLAINTIFF
JULIEANN MCNAMEE

By: _Kellen Scott_
C. Larry Carbo, III
Attorney-in-Charge
larry.carbo@chamberlainlaw.com
Texas Bar No. 24031916
Kellen R. Scott
kellen.scott@chamberlainlaw.com
Texas Bar No. 24070579
CHAMBERLAIN, HRDLICKA, WHITE
    WILLIAMS & AUGHTRY, P.C.
1200 Smith, Suite 1400
Houston, Texas 77002
Telephone: (713) 658-1818
Facsimile: (713) 658-2553

-and-

Brian A. Kilmer
brian.kilmer@chamberlainlaw.com
State Bar No. 24012963
3102 Maple Avenue, Suite 400
Dallas, Texas 75201
Telephone: (214) 953-9385

ATTORNEYS FOR DEFENDANT
CELLULAR SALES OF TEXAS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record automatically through the Court's CM/ECF electronic filing system or by certified mail, return receipt requested, facsimile, or email on this _____ day of September 2014:

Mark Whitburn
Sean Pevsner
WHITBURN & PEVSNER, PLLC
2000 E. Lamar Blvd., Suite 600
Arlington, Texas 76006

1611979_1

2